IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COUNTRY MUTUAL INSURANCE CO.,
as subrogee of ROBERT L. MALONE,

Plaintiff,

v.

THE YAMAHA MOTOR CORPORATION,
USA,

Defendant.                                                     No. 09-0596-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On August 6, 2009, Plaintiff filed this lawsuit against Defendant in this Court based on diversity jurisdiction, 28 U.S.C. § 1332, alleging products liability and negligence (Doc. 2). On September 10, 2009, attorneys for Defendant entered appearances and filed a motion to stay (Docs. 4,5 & 6). As of this date, neither party has filed the disclosure statement required by **Federal Rule of Civil Procedure 7.1**. Thus, the Court **ORDERS** the parties to file the disclosure statements on or before September 25, 2009.

**IT IS SO ORDERED.**

Signed this 11th day of September, 2009.

/s/    David R Herndon
**Chief Judge**
**United States District Court**