IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**COUNTRY MUTUAL INSURANCE CO.,**
as subrogee of ROBERT L. MALONE,

**Plaintiff,**

v.

**THE YAMAHA MOTOR CORPORATION,**
**USA,**

**Defendant.**                                              No. 09-0596-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion to stay proceedings pending the MDL Panel's decision regarding transfer (Doc. 6). Plaintiff does not oppose the motion (Doc. 9). Based on the reasons stated in the motion and the response, the Court **GRANTS** the motion to stay. The Court **STAYS** this matter pending the MDL Panel's decision.

**IT IS SO ORDERED.**

Signed this 15th day of September, 2009.

/s/     David R. Herndon

**Chief Judge**
**United States District Court**